UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BOBBY WATKINS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV0500 AGF |
| | ) | |
| GC SERVICES LIMITED PARTNERSHIP, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that this action is **STAYED** for 45 days, pursuant to Plaintiff's indication to the Court that a settlement has been reached. By the end of this period, Plaintiff shall file appropriate dismissal papers, or ask the Court to lift the stay. Failure of Plaintiff to do so, shall result in the dismissal with prejudice of this action.

**IT IS FURTHER ORDERED** that Plaintiff's motion to voluntarily dismiss this action without prejudice and with leave for Plaintiff to seek reinstatement within 45 days is **DENIED** as moot. [Doc. #4]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of May, 2009.